FILED - KZ
March 24, 2021 4:08 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by FMS/ 3/24

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | | |
|---|---|---|
| NEVIN P. COOPER-KEEL, JD<br>Plaintiff Pro Se | Case No. | 1:21-cv-203<br>Janet T. Neff<br>United States District Judge<br>Sally J. Berens |
| V. | Hon. | United States Magistrate Judge |
| ALLEGAN COUNTY,<br>ROBERTS KENGIS, MARGARET BAKER,<br>JENNIFER KAMPS, and AIMEE KAMPHUIS,<br>   Sued in their official capacities, and<br>ROBERTS KENGIS, MARGARET BAKER,<br>JENNIFER KAMPS, and AIMEE KAMPHUIS,<br>   Sued in their individual capacities,<br>   Defendants. | Magistrate Judge. | |

## REQUEST FOR DEFAULT JUDGMENT

_____/

Plaintiff Nevin P. Cooper-Keel, JD
3127 127th Avenue
Allegan, MI 49010
616.329.7077
Nevincooperkeel@gmail.com

Defendant Allegan County
113 Chestnut Street
Allegan, MI 49010
269.673.0300
bgenetski@allegancounty.org

Defendant Roberts Kengis
113 Chestnut Street
Allegan, MI 49010
269.673.0300
rkengis@allegancounty.org

Defendant Margaret Baker
113 Chestnut Street
Allegan, MI 49010
269.673.0300

Defendant Jennifer Kamps
113 Chestnut Street
Allegan, MI 49010
269.673.0300

Defendant Aimee Kamphuis
113 Chestnut Street
Allegan, MI 49010
269.673.0300

_____/

Plaintiff states, pursuant to Fed. R. Civ. P. 55(a):

1. All Defendants were served Plaintiff's complaint on March 2nd, 2021.

2. Today is March 24th, 2021.

3. It has been more than 21 days since Defendants were served with summons.

4. Fed. R. Civ. P. 12(a)(1)(A)(i) states that Defendants have 21 days to respond to summons with a complaint.

5. Fed. R. Civ. P. 55(a) states that the Clerk must enter default judgment against the Defendants upon Plaintiff's request.

6. Plaintiff's complaint asked for a sum certain, one million dollars in damages.

WHEREFORE, please enter the supplemented default judgement against Defendants.


Respectfully Submitted,


_____

Nevin P. Cooper-Keel, JD          3.24.2021