UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEVIN P. COOPER−KEEL,

       Plaintiff,                          Case No. 1:21−cv−203

v.                                    Hon. Janet T. Neff

ALLEGAN, COUNTY OF, et al.,

       Defendants.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received July 7, 2021 and orders the Clerk to reject the Amended Complaint with proof of service and return the document(s) to Nevin P. Cooper−Keel for the reason(s) noted below:

   Plaintiff has failed to file a motion for leave to amend

  If Nevin P. Cooper−Keel wishes to resubmit a corrected pleading, a copy of this Order should accompany the resubmitted pleading.

   IT IS SO ORDERED.

Dated:  July 7, 2021                        /s/ Sally J. Berens
                                                            SALLY J. BERENS
                                                            U.S. Magistrate Judge